1   WILLIAM J. PORTANOVA, State Bar No. 106193
    Attorney at Law
2   400 Capitol Mall, Suite 1100
    Sacramento, CA 95814
3   Telephone:  (916) 444-7900

4   Attorney for Frank Bueno

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    **CASE NO.  CR. S 02-0064 DFL**
                                       )
12                   Plaintiff,        )
                                       )    STIPULATION AND ORDER
13                                     )    RELEASING PASSPORT
         v.                            )
14                                     )
    FRANK BUENO,                       )
15                                     )
                     Defendant.        )
16                                     )
    _____ )
17

18       With the Court's permission, defendant Frank Bueno and the United States of America,

19  by and through their undersigned attorneys, hereby request and stipulate that the defendant's U.S.

20  Passport, previously surrendered to this Court, be released to him.  The defendant has served his

21  sentence and is now on Supervised Release.  There is no objection to the release of the passport

22  from the government or from Mr. Bueno's Probation Officer, Michael Sipe.

23

24  DATED: 2/20/07                     By:   /s/  William J. Portanova
                                             WILLIAM J. PORTANOVA
                                             Attorney for Frank Bueno
25  DATED: _____                  By:   /s/ Carolyn Delaney
                                             CAROLYN DELANEY
26                                           Executive Assistant U.S. Attorney

    **IT IS SO ORDERED.**
27

28  DATED: 02/27/2007                        /s/ David F. Levi
                                             THE HON. DAVID F. LEVI
                                             United States District Court Judge